```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
```
**SOUTHERN DIVISION at PIKEVILLE**

| | | |
|---|---|---|
| DONAVEON DONTREL LIGHTBOURN, | ) | |
| | ) | |
| Petitioner, | ) | Civil No. |
| | ) | 7:20-cv-31-JMH |
| V. | ) | |
| | ) | |
| WARDEN, USP-BIG SANDY, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

Consistent with the Memorandum Opinion and Order entered this date, the Court **ORDERS** and **ADJUDGES** as follows:

(1) The Court **ENTERS** Judgment in favor of the Respondent, Warden of the United States Penitentiary – Big Sandy; and

(2) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 2nd day of November, 2020.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge